### PEOPLE ex rel. KING v. MILLER et al.

(Supreme Court, Appellate Division, First Department. December 29, 1911.)

Appeal from Special Term, New York County.

Mandamus by the People, on the relation of William King, against Cyrus C. Miller and another. From an order denying a peremptory writ, relator appeals. Reversed, and peremptory writ granted.

Argued before INGRAHAM, P. J., and McLAUGHLIN, CLARKE, SCOTT, and DOWLING, JJ.

Milton M. Goldsmith, for appellant.
Terence Farley, for respondents.

PER CURIAM. For the reasons stated in the opinion in People ex rel. Daly v. Henderson, 133 N. Y. Supp. 304, herewith handed down, the order appealed from should be reversed, with $10 costs and disbursements, and the motion for a peremptory writ of mandamus granted, with $10 costs, in so far as it seeks a direction for the reinstatement of the relator to his position.